UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DONNIE R. GREEN and GLENN MALCOLM DAVIS, </br></br>Plaintiffs, </br></br>v. </br></br>GREYHOUND LINES, INC. and AMALGAMATED TRANSIT UNION LOCAL 1700, </br></br>Defendants. | **JUDGMENT IN A CIVIL CASE** </br>**CASE NO. 4:18-cv-198-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss [D.E. 29, 31] and DISMISSES plaintiffs' amended complaint.

**This Judgment Filed and Entered on June 19, 2019, and Copies To:**

| | |
|---|---|
| Tracy H. Stroud | (via CM/ECF electronic notification) |
| Stephen D. Dellinger | (via CM/ECF electronic notification) |
| Narendra K. Ghosh | (via CM/ECF electronic notification) |
| Sherrie E. Voyles | (via CM/ECF electronic notification) |

DATE:  
June 19, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
      Deputy Clerk